No. 03A616. MOSS *v.* HOFBAUER, WARDEN. Application for certificate of appealability, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. D–2358. IN RE DISBARMENT OF BLACKWELL. Disbarment entered.

No. D–2359. IN RE DISCIPLINE OF HACKMAN. Gordon Hackman, of Boutte, La., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2360. IN RE DISCIPLINE OF FAUNTLEROY. John D. Fauntleroy, Jr., of Washington, D. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2361. IN RE DISCIPLINE OF CORIZZI. Anthony Joseph Corizzi, of Manassas, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2362. IN RE DISCIPLINE OF CACCHIOTTI. Paul R. Cacchiotti, of Manchester, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2363. IN RE DISCIPLINE OF VAILLANCOURT. Donald Charles Vaillancourt, of Fort Lee, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.